# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**July 6, 2026**

**Via ECF**

**MEMO ENDORSED.**

Hon. Jennifer H. Rearden, USDJ
Hon. Ona T. Wang, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

**Re: Villafana v. Compass Group USA, Inc.**
**Case #: 26-CV-00851 (JHR)(OTW)**
**Motion for Extension of Time**

Dear Judge Rearden/Magistrate-Judge Wang:

My firm represents plaintiff Taryn Villafana ("Plaintiff"), in the above-referenced action, and I respectfully write to request an extension of the time to August 26, 2026 for Plaintiff to respond to Defendant's motion. This request is being made because the parties are scheduled for private mediation with Mediator Raymond Nardo on August 12, 2026. If the case is settled, I will notify the Court promptly. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc: Defense Counsel via ECF**

Plaintiff's application for an extension is **GRANTED.** Plaintiff shall respond to Defendant's motion to compel arbitration by **August 26, 2026**. Defendant's reply is due **September 11, 2026**.

**SO ORDERED.**

Ona T. Wang July 15, 2026
U.S.M.J.
~~~~~